AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOHN FALKENHAGEN JR. <br><br> *Plaintiff(s)* <br> v. <br> MICHELE A. MICHAUD and DIRECT REAL ESTATE HOLDINGS LLC d/b/a REMAX DIRECT <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-80469-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michele A. Michaud
　　　　　　　　　　　　　　　　　　12023 Roma Rd
　　　　　　　　　　　　　　　　　　Boynton Beach, FL 33437

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Daniel DeSouza, Esq.
　　　　　　　　　　　　　　　　　　　　　　3111 N. University Drive
　　　　　　　　　　　　　　　　　　　　　　Suite 301
　　　　　　　　　　　　　　　　　　　　　　Coral Springs, FL 33065

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 15, 2025

SUMMONS

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOHN FALKENHAGEN JR. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:25-cv-80469-DMM |
| MICHELE A. MICHAUD and DIRECT REAL ESTATE HOLDINGS LLC d/b/a REMAX DIRECT | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Direct Real Estate Holdings LLC
d/b/a ReMax Direct
c/o Benjamin Arce
5481 Wiles Road #202
Coconut Creek, FL 33073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel DeSouza, Esq.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 15, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts